**570**

No. 915. CITIZENS NATIONAL BANK *v.* FIDELITY & DEPOSIT COMPANY OF MARYLAND. April 28, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. J. Blanc Monroe* and *Monte M. Lemann* for petitioner. *Mr. Albert B. Hall* for respondent.

No. 921. FUNKS GROVE GRAIN Co. *v.* ALTON RAILROAD Co. April 28, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Thomas P. Lantry* for petitioner. *Messrs. Silas H. Strawn, Frank H. Towner, Guy A. Gladson,* and *Bryce L. Hamilton* for respondent.

No. 857. TINKOFF *v.* KLEIN-EXEL, TRUSTEE; and
No. 858. TINKOFF *v.* McMANUS, TRUSTEE IN BANKRUPTCY. On petition for writs of certiorari to the Circuit Court of Appeals for the Seventh Circuit. May 5, 1941. The motion for leave to proceed further *in forma pauperis* is denied for the reason that the Court, upon examination of the papers herein submitted, finds that the application for the writs of certiorari was not filed within the time provided by law. Section 8 (a), Act of February 13, 1925 (43 Stat. 936, 940). The petition for writs of certiorari is therefore also denied. *Paysoff Tinkoff, pro se.* Reported below: 101 F. 2d 660.

No. 767. SABIN ET AL. *v.* HOME OWNERS' LOAN CORPORATION. May 5, 1941. The motion to proceed on typewritten papers is granted. The petition for writ of certiorari to the Supreme Court of Oklahoma is denied. *Milton Roe Sabin* and *Bertha Florence Sabin, pro se.*